309 So.2d 489

In re Julius M. USREY

v.

STATE of Alabama.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

SC 1135.

Supreme Court of Alabama.

March 6, 1975.

William J. Baxley, Atty. Gen. and C. Lawson Little, Asst. Atty. Gen., for petitioner, the State.

No brief for respondent.

EMBRY, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Usrey v. State, 54 Ala.App. ——, 309 So.2d 485.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER, JONES and ALMON, JJ., concur.